# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| DIANA ISEMINGER, <br><br> *Plaintiff* <br> v. <br> CAROLYN W. COLVIN, Commissioner of Social Security, <br><br> *Defendant* | ) <br> ) <br> ) Civil Action No. 1:15-CV-03088-JTR <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion for Summary Judgment, (ECF No. 18), is GRANTED. Plaintiff's Motion for Summary Judgment, (ECF No. 15), is DENIED. Judgment shall be entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge JOHN T. RODGERS on motions for summary judgment.

Date: May 3, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Pam Howard
*(By) Deputy Clerk*

Pam Howard